IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>SALVADOR ALVAREZ,<br><br>    Defendant. | 1:04-CR-5196 OWW<br><br>ORDER ON GOVERNMENT'S<br>MOTION TO DISMISS<br>(Fed. R. Crim. P. 48 (a)) |

O R D E R

IT IS HEREBY ORDERED that the indictment and superseding indictments in the above-entitled case be dismissed without prejudice as to Salvador Alvarez and that any conditions of release be exonerated.

Dated: November  8 , 2005        /s/ OLIVER W. WANGER
                                                     Honorable Oliver W. Wanger
                                                   U.S. District Judge