```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF CALIFORNIA
```

```
UNITED STATES OF AMERICA,         )
                                  )    1:04-cr-5196 OWW
                  Plaintiff,      )
    vs.                           )
                                  )    ORDER FOR RETURN OF
SALVADOR ALVAREZ,                 )    NOTE AND DEED OF TRUST
                                  )
                  Defendants.     )
_____)
```

The above-named defendant having been dismissed,

IT IS HEREBY ORDERED that the Note and Deed of Trust posted in this matter be returned to the surety.

IT IS SO ORDERED.

**Dated:   March 8, 2006**                  **/s/ Oliver W. Wanger**
emm0d6                                       UNITED STATES DISTRICT JUDGE